**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| IN RE: NOMINATION PETITION OF PATRICK HENIGAN AS A CANDIDATE THE REPUBLICAN NOMINATION FOR OFFICE OF MAGISTERIAL DISTRICT JUDGE NO. 32-1-28. DELAWARE COUNTY PENNSYLVANIA | : : : : : : : : : | No. 197 MAL 2023<br><br>Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| PETITION OF: PATRICK HENIGAN | : | |
| IN RE: NOMINATION PETITION OF PATRICK HENIGAN AS CANDIDATE FOR THE DEMOCRATIC NOMINATION FOR OFFICE OF MAGISTERIAL DISTRICT JUDGE, NO. 32-1-28 DELAWARE COUNTY PENNSYLVANIA | : : : : : : : : : | No. 198 MAL 2023<br><br>Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| PETITION OF: PATRICK HENIGAN | : | |

<u>**ORDER**</u>

**PER CURIAM**

  **AND NOW**, this 2nd day of May, 2023, the Petition for Allowance of Appeal is **DENIED**.